26 CV 8025

# OMNIBUS MASTER INDICTMENT & COMPLAINT FOR CIVIL RICO, UNLAWFUL CURRENCY INTERFERENCE, AND CONVERSION

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**Civil Action No.** HK ~~26-CV-2026-X402~~
**HARRY ALEXANDER KNIGHT**, *sui juris* Plaintiff, acting as Private Attorney General (Relator), v. **COINBASE GLOBAL, INC.; CLOUDFLARE, INC.; STRIPE, INC.; AMAZON WEB SERVICES, INC. (AWS); THE LINUX FOUNDATION; X402 FOUNDATION; ERIC REPPEL; NEMIL DALAL; JOHN COLLISON; PATRICK COLLISON; MATTHEW PRINCE; MICHELLE ZATLYN; and DOES 1 THROUGH 100,** Defendants.

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 15 AM 8:46

# I. INTRODUCTION: THE GENESIS OF THE CONSPIRACY AND THE THEFT OF THE PUBLIC COMMONS

For nearly three decades, the foundational architecture of the World Wide Web operated under a shared, unalienable public domain standard. When the Internet Engineering Task Force (IETF) codified HTTP/1.1 (originally in RFC 2068 and formalized in RFC 2616), it reserved status code **402** with a single, neutral directive:
**402 Payment Required: This code is reserved for future use.**
For nearly 30 years, this status code sat quietly as a dormant, unmonetized placeholder in public RFC specifications. It belonged to the global public domain—open to all, owned by no commercial enterprise, and never patented, licensed, or granted as a private monopoly. It was kept vacant anticipating an era when digital cash or native public micropayment architecture might organically evolve.
Rather than developing an open, lawful standard through legitimate standards bodies (such as the IETF or W3C), the Defendants—a synchronized cartel consisting of **Coinbase Global, Inc., Cloudflare, Inc., Stripe, Inc., Amazon Web Services (AWS), The Linux Foundation, and the x402 Foundation**, alongside their executive architects (including Eric Reppel, Nemil Dalal, John and Patrick Collison, Matthew Prince, and Michelle Zatlyn)—engineered a backroom convergence.
In a coordinated corporate hijacking, the Defendants seized this 30-year-old public protocol placeholder. By deploying proprietary edge-compute interception scripts, closed-loop stablecoin routing rails, and automated billing hooks across their infrastructure gateways, they threw a private corporate fence around public architecture. They converted an open public utility into an aggressive, private toll-collection monopoly—completely bypassing federal banking and currency statutes (18 U.S.C. §§ 333, 1960) and eradicating the public's inherent right to unhindered access and redress.

# II. PARTIES AND ENTERPRISE STRUCTURE

1. **Plaintiff Harry Alexander Knight** (*sui juris*, acting as Private Attorney General / Relator) brings this action to protect public infrastructure, restore the integrity of internet protocols, and halt the ongoing unlawful private taxation of digital communication.
2. **The Corporate Enterprise Defendants**:
   - **Coinbase Global, Inc.** and **Stripe, Inc.** (providing the financial rails, stablecoin settlement layers, and cryptographic execution engines).
   - **Cloudflare, Inc.** and **Amazon Web Services, Inc. (AWS)** (providing the edge-compute interception network and server infrastructure that intercepts traffic and forces compliance).
   - **The Linux Foundation** and **x402 Foundation** (serving as institutional shields and governance fronts to legitimize the enclosure of open protocols).
3. **The Individual Executive Defendants**: **Eric Reppel, Nemil Dalal, John Collison, Patrick Collison, Matthew Prince, and Michelle Zatlyn**, who direct, manage, and personally operate the enterprise, using corporate machinery to execute and perpetuate the unauthorized toll infrastructure.

# III. CLAIMS FOR RELIEF

## COUNT I: Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)

- **The Enterprise**: An association-in-fact enterprise comprising the corporate defendants and individual executives acting in concert to monopolize digital protocol access.
- **Pattern of Racketeering Activity**: Continuous acts of wire fraud, unlawful monetary transactions, and extortionate infrastructure gating designed to intercept, redirect, and tax data packets moving across public internet channels.
- **Dual-Layer Liability**: The enterprise operates through both structural corporate vehicles and individual direction. The individual defendants (Reppel, Dalal, the Collisons, Prince, Zatlyn) are personally liable alongside their corporate principals for engineering and executing the protocol hijacking.

## COUNT II: Unlawful Currency Interference & Private Banking Monopoly, 18 U.S.C. §§ 333, 1960

- **Statutory Violation**: By forcing private stablecoin settlements and automated micro-tolls through the hijacked 402 gateway without federal banking authorization or compliance with statutory currency frameworks, the Defendants operate an unauthorized money-transmitting business and interfere with sovereign currency channels.

## COUNT III: Common-Law Conversion of Public Domain Property

- **Appropriation of Shared Infrastructure**: The Defendants took physical and electronic control of a 30-year-old public protocol standard (402), exercised complete dominion over it to the exclusion of the public, and converted a shared informational commons into a private, profit-yielding commercial fiefdom.

# IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter judgment in his favor and against all Defendants, jointly and severally, as follows:

1. **Emergency Temporary Restraining Order (TRO) & Preliminary Injunction**: Immediately enjoining all Defendants from enforcing, routing, or collecting any tolls, fees, or automated denials via the HTTP 402 protocol across any network, edge server, or cloud gateway under their control.
2. **Declaratory Judgment**: Declaring that the HTTP 402 status code is public domain architecture, unowned by any private entity, and that the Defendants' monopolistic toll system is illegal *per se*.
3. **Damages & Disgorgement**: Awarding treble damages under RICO, full disgorgement of all illicit proceeds extracted via the 402 monopoly, and restitution to the public commons.
4. **Permanent Structural Injunction**: Mandating the complete dismantling of the x402 cartel's edge-interception infrastructure and restoring unhindered public access to internet protocol standards.

*Submitted and printed for immediate operational deployment.*

Harry Alexander Knight
9-15-2026